IN THE UNITED STATES DISTRICT FOR
THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| DEBORAH LEDESMA | § | |
| Plaintiff | § | |
| | § | |
| vs. | § | |
| | § | No. 6:19-cv-558 |
| UNITED STATES OF AMERICA, | § | |
| Defendant | § | |

## ORIGINAL COMPLAINT

Plaintiff Deborah Ledesma brings this complaint under the Federal Tort Claims Act, 28 U.S.C. § 2674 against the United States of America and would respectfully show the following.

## PARTIES

1.1. This case arises out of the conduct of a United States Postal Service employee on October 5, 2017, after he failed to yield the right of way to Plaintiff, causing a car wreck and injuries to Plaintiff.

1.2. Plaintiff Deborah Ledesma resides in Belton, Texas, within the jurisdiction of this Court.

1.3. Defendant is the United States of America.

## JURISDICTION, VENUE, & SERVICE

2.1. This Federal District Court has jurisdiction because this action is brought pursuant to and in compliance with 28 U.S.C. §§ 1346(b), 2671-2680, commonly known as the Federal Tort Claims Act.

2.2. Venue is proper in this district pursuant to 28 U.S.C. § 3191(e) (1) because the United States is a defendant and Plaintiff resides in this district and no real property is involved in the action. Additionally, venue is proper because a substantial part of the events or omissions giving rise to the claim occurred in this District.

2.3. The United States of America may be served with process in accordance with Rule 4(1) of the Federal Rules of Civil Procedure. Service is affected by serving a copy of the Summons and Complaint on the United States Attorney John F. Bash, United States Attorney for the Western District of Texas by certified mail, return receipt requested at his office:

       United States Attorney's Office
       ATTN: Civil Process Clerk
       600 NW Loop 410, Suite 600
       San Antonio, Texas 78216

    2.4.    Service is also affected by serving a copy of the Summons and Complaint on Jeff Sessions, Attorney General of the United States, by certified mail, return receipt requested at:

       The Attorney General's Office
       ATTN: Civil Process Clerk
       950 Pennsylvania Avenue, NW
       Washington, DC 20530-0001

    2.4.    Service is also affected by serving a copy of the Summons and Complaint on Megan J. Brennan, Postmaster General of the United States, by certified mail, return receipt requested at:

       U.S. Postmaster General
       United States Postal Service
       Attn: Civil Process Clerk
       475 L'Enfant Plaza S.W.
       Washington, DC 20260-0010

### LIABILITY OF THE UNITED STATES

    3.1.    This case is commenced and prosecuted against the United States of America to and in compliance with Title 28 U.S.C. §§ 2671-80, the Federal Tort Claims Act. Liability of the United States is predicated specifically on 28 U.S.C.§ 2674 because the personal injuries and resulting damages of which the complaint is made were proximately caused by the negligence, wrongful acts or omissions of employees or agents of the United States of America working for the United States Postal Service, while acting within the scope of their office, employment, or agency under circumstances where the United States of America, if a private person, would be liable to the Plaintiffs in the same manner and to the same extent as a private individual.

    3.2.    The United States Postal Service is an agency of the United States of America. The Defendant, United States of America, through its agency, the United States Postal Service, at all times material to this action, was the employer of Dennis Duane Hill. Dennis Duane Hill was, in October 2017, an active employee of The United States Postal Service. At all times material to this action, Dennis Duane Hill was an agent, servant, or employee of the United States of America acting within the course and scope of his employment.

### JURISDICTIONAL PREREQUISITES

    4.1.    Pursuant to 28 U.S.C. §§ 2672 and 2675(a), the claims set forth here were filed with and presented administratively to the United States Postal Service on May 31, 2018.

4.2. The United States Postal Service acknowledged receipt of Deborah Ledesma's claim for damages on June 21, 2018. The United States Postal Service and Deborah Ledesma failed to agree to a final disposition of the claim within six months after presentation. Accordingly, Plaintiffs have complied with all jurisdictional prerequisites and conditions precedent to the commencement and prosecution of this suit.

**FACTS**

5.1. United States Postal Service Employee, Dennis Duane Hill, was facing westbound in a United States Postal Service vehicle at a stop sign controlling the intersection of Trailview Drive and State Highway 317 in Belton, Texas on October 5, 2017 at approximately 9:01 A.M. Dennis Duane Hill was acting within the course and scope of his employment with the United States Postal Service.

5.2. Dennis Duane Hill was driving a white Ford Transit van owned by the United States, through its agency, the United States Postal Service. On information and belief, Dennis Duane Hill was on United States Postal Service business and duty. He was on United States Postal Service business, accomplishing a purpose in the United States Postal Service's substantial interest, and following orders.

5.3. At around 9:01 A.M., Dennis Duane Hill was at the the intersection of Trailview Drive and State Highway 317.

5.4. Dennis Duane Hill attempted to turn left onto State Highway 317 from westbound Trailview Drive. The traffic going north and southbound on State Highway 317 does not have any traffic control device at the intersection of State Highway 317 and Trailview Drive. Plaintiff Deborah Ledesma was driving northbound on State Highway 317 in a 2012 black Hyundai Elantra Touring sedan. As Deborah Ledesma was traveling northound on State Highway 317, Dennis Duane Hill failed to yield to oncoming traffic and drove out onto northbound State Highway 317 in front of the Hyunda Elantra driven by Deborah Ledesma.

5.5. Deborah Ledesma's Hyundia had the right of way in the intersection.

5.6. Both Deborah Ledesma's black Hyundia and white Ford Transit van owned by the United States, through its agency, the United States Postal Service were towed from the scene after police and ambulance arrived.

5.7. Officer Joseph R. Clark of the Temple Police Department arrived to conduct an investigation. Officer Clark concluded that Dennis Duane Hill failed to yield the right of way at the stop sign controlling the intersection of State Highway 317 and Trailview Drive, which caused the collision.

5.8. As a direct and proximate result of Defendant's negligence, Deborah Ledesma was injured.

5.9. Immediately following the collision, Deborah Ledesma was transported by American Medical Response EMS to Baylor Scott and White Emergency Department in Temple, Texas, which is the nearest level 1 trauma center. Deborah Ledesma has had further medical treatment including chiropractic manipulative therapy, physical therapy, radiographic imaging including MRI studies, and pain management. Deborah Ledesma has had injections in her cervical spine in an attempt to alleviate her ongoing pain. Deborah Ledesma's persistent pain has affected her ability to sleep and work. In addition, her ongoing pain has affected her ability to interact with her family, including her husband and grandchildren.

## CAUSE OF ACTION

6.1. Through its employees, agents, or servants, the Defendant, United States of America, was negligent in one or more of the following respects:

6.1.1. Negligent per se for failing to yield to traffic with the right-of-way in violation of Texas Transportation Code § 544.007(b) and § 545.152;

6.1.2. Negligent for failing to maintain a safe and proper lookout for other vehicles;

6.1.3 Negligent for failing to maintain a proper lookout for traffic signals;

6.1.4. Negligent for entering a busy intersection into oncoming traffic;

6.1.5 Negligent for failing to maintain proper and safe speed of his vehicle

6.1.6. Negligent for failing to maintain proper and safe control of his vehicle; and

6.1.7. Negligent for failing to yield the proper right-of-way to oncoming traffic.

6.2. At all times material to this action, the employees, agents, or representatives of the United States of America were negligent and caused the injuries sustained by Plaintiff.

## DAMAGES

7.1. As a proximate and direct result of the Defendant's negligent acts or omissions, Plaintiff suffered injuries, which would not have occurred otherwise. Deborah Ledesma pleads for all damages available under Texas state law, federal law, and equity, including:

7.1.1. Past and future physical pain and suffering;

7.1.2. Past and future mental anguish;

7.1.3. Past and future suffering, humiliation, and emotional distress;

7.1.4. Past and future physical impairment and disability;

7.1.5. Past and future physical disfigurement;

7.1.6. Past and future loss of income and impairment of earning capacity;

7.1.7. Past and future reasonable charges necessary for medical care, nursing care, hospital, rehabilitation services, physical therapy, custodial care, health care, supplies, attendant care, expenses, and other health services;

7.1.8. Past and future reasonable and necessary expenses incurred for substitute domestic services; and

7.1.9. Out-of-pocket expenses.

7.2. Plaintiff Deborah Ledesma pleads for all other damages, pecuniary or otherwise, arising out of law or equity, that he may be justly and equitably entitled to, in the wisdom of the Court.

## PRAYER

Plaintiffs request that Defendant be cited in terms of law to appear and answer this Complaint; that upon final trial, the Plaintiffs have judgment against Defendant, for the amount of actual damages and for other and different amounts as they shall show by proper amendment before trial; for post-judgment interest at the applicable legal rate; for all Court costs incurred in this litigation; and for such other relief, at law and in equity, both general and special, to which Plaintiffs may show themselves entitled to and to which the Court believes them deserving.

Respectfully submitted,

HARRELL, STOEBNER, & RUSSELL, P.C.

By: /s/ Tad Allen
    Tad Allen
    Texas Bar No. 24087095
    Email:  tad@templelawoffice.com
    2106 Bird Creek Drive
    Temple, TX 76502
    Tel. (254) 771-1855
    Fax. (254) 771-2082
    Attorney for Plaintiff